UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,                    JUDGMENT
                                             98-CV- 7025 (CPS)
                        Plaintiff,

-against-

LEON JEAN-BAPTISTE

                        Defendant,

TRANSIT FACILITY MANAGEMENT CORP.,

                        Garnishee.
-------------------------------------------------------------------X

A Memorandum and Order of Honorable Charles P. Sifton, United States District Judge, having been filed on October 26, 2007, granting plaintiff's motion for the entry of judgment against garnishee, Transit Facility; denying plaintiff's motion for an order holding Transit Facility in contempt of court; and directing the Clerk of Court to enter judgment in favor of the United States of America and against Transit Facility Management Corp., in the amount of $7,108.55 plus a ten percent surcharge for attorney's fees, for a total award of $7,819.41 with interest from the date of entry of judgment; it is

ORDERED and ADJUDGED that plaintiff motion for the entry of judgment against garnishee, Transit Facility Management Corp., is granted; that plaintiff's motion for an order holding Transit Facility in contempt of court is denied; and it is further,

JUDGMENT
98-CV- 7025 (CPS)

ORDERED and ADJUDGED that judgment is hereby entered in favor of The United States of America and against garnishee, Transit Facility Management Corp., in the amount of $7,108.55 plus a ten percent surcharge for attorney's fees, for a total award of $7,819.41 with interest from the date of entry of judgment.

Dated: Brooklyn, New York
       October 30, 2007

                                                 ROBERT C. HEINEMANN
                                                 Clerk of Court